IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THERRAL HATFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-324-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On September 10, 2015, the Magistrate Judge filed a Recommendation (Doc. # 51) to which Petitioner Therral Hatfield filed objections (Doc. # 52). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). To the extent that Petitioner presents new factual assertions in his objections, they come too late to revive the claims that are the subject of the Magistrate Judge's recommendation of dismissal. *Cf. Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009) (holding "that a district court has discretion to decline to consider a party's argument when that argument was not first presented to the magistrate judge"). But, in any event, Petitioner presents no new factual assertions that save his claims or cure the deficiencies that the Magistrate Judge elaborated upon in the Recommendation.

Accordingly, it is ORDERED as follows:

1. Petitioner's objections (Doc. # 52) are OVERRULED.

2. The Recommendation (Doc. # 51) is ADOPTED.

3. Petitioner's 28 U.S.C. § 2255 motion is DENIED with prejudice because the claims therein entitled him to no relief.

A final judgment will be entered separately.

DONE this 21st day of October, 2015.

                                            /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE